# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Target Logistics Management, LLC; and<br>Lodging Solutions - Williston, LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | **ORDER RE ADMISSION**<br>**PRO HAC VICE** |
| vs. | )<br>) | |
| City of Williston, North Dakota, | )<br>) | Case No. 1:16-cv-076 |
| Defendant. | ) | |

Before the court is are motions for attorneys Brian K. Wells and Benjamin Tymann to appear *pro hac vice* on behalf of plaintiffs. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Brian K. Wells and Benjamin Tymann have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 4 and 5) are **GRANTED**. Attorneys Brian K. Wells and Benjamin Tymann are admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 18th day of April, 2016.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court