# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Target Logistics Management, LLC, and Williston Lodging Solutions - Williston, LLC, <br><br>      Plaintiff, <br><br>  and <br><br>Halliburton Energy Services, Inc., <br><br>      Plaintiff-Intervenor, <br><br>  vs. <br><br>City of Williston, North Dakota, <br><br>      Defendant. | **ORDER** <br><br><br><br><br><br> Case No.1:16-cv-076 |

On May 1, 2017, Plaintiffs Target Logistics Management, LLC, and Williston Lodging Solutions - Williston LLC, and Defendant City of Williston filed a "Stipulation for Stay and Termination of Deadlines." They request that the court suspend all pretrial deadlines and stay the above-entitled action for a period of six months. They further advises that Halliburton Energy Services, Inc., while not affirmatively joining the stipulation, does not oppose staying this action.

The court **ADOPTS** the parties' stipulation (Docket No. 81). All pretrial deadlines shall be suspended and the above-entitled action shall be stayed pending further order of the court. The court shall conduct a status conference with the parties by telephone on November 20, 2017, at 10:00 a.m. The court shall initiate the conference call.

    **IT IS SO ORDERED.**

    Dated this 23rd day of May, 2017.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court